**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| EMMANUEL BARSHALL PERRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1887-J |
| | ) | |
| ROBERT CERNA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging his detention with Immigration and Customs Enforcement. [Doc. No. 1]. While the case was proceeding, Petitioner was removed from the United States. [Doc. No. 14]. Under such circumstances, the Court DISMISSES the Petition as MOOT.

IT IS SO ORDERED this 19th day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE